**Frederick Lamar HARRIS, Danny Chadwick, et al., Plaintiffs–Appellants,**

v.

**Wayne GARNER, Commissioner of the Georgia Department of Corrections, A.G. Thomas, Director of Facilities Division of the Georgia Department of Corrections, et al., Defendants–Appellees.**

No. 98–8899.

United States Court of Appeals, Eleventh Circuit.

Dec. 6, 1999.

Robert E. Toone, Stephen B. Bright, Southern Center for Human Rights, Atlanta, GA, for Plaintiffs–Appellants.

Diane Festin LaRoss, Dept. of Law, Atlanta, GA, for Defendants–Appellees.

Peter Maier, U.S. Dept. of Justice, Washington, DC, for Amicus Curiae/Intervenor USA.

Before ANDERSON, Chief Judge, and TJOFLAT, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS and WILSON, Circuit Judges.

BY THE COURT:

A member of this court in active service having requested a poll on the suggestions of rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.